AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jonathan Knowlin<br>*Petitioner*<br>v.<br>South Carolina Fifteenth Judicial Circuit Solicitor Office<br>*Respondent* | Civil Action No.    9:11-cv-1100-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: The Report and Recommendations of Magistrate Judge Bristow Marchant are accepted. This petition is dismissed with prejudice for failure to prosecute. The Petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C. 2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   October 18, 2011                                         *CLERK OF COURT*

                                                                 s/H. Hillman
                                                                 *Signature of Clerk or Deputy Clerk*